Charles D. MILLER, Applt., v. David LAUGHLIN, impld., Respt. (Supreme Court,

Appellate Division, First Department. January 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.